**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7473**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

ANTHONY CHRISTOPHER CHRISTIAN, a/k/a Leroy,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem. William L. Osteen, Sr., District Judge. (CR-91-230-WS)

———————

Submitted: January 21, 1999          Decided: February 9, 1999

———————

Before LUTTIG, MOTZ, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Anthony Christopher Christian, Appellant Pro Se. Lisa Blue Boggs, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Christopher Christian appeals the district court's order denying his motion for modification of his sentence under 18 U.S.C.A. § 3582(c)(2) (West Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See United States v. Christian</u>, No. CR-91-230-WS (M.D.N.C. Sept. 24, 1998). We deny Christian's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>